# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MANNING,<br><br>　　　　　　Movant-Defendant,<br>　v.<br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent-Plaintiff. | Civ. Case No.:　10cv833 BTM<br>Crim. Case No.: 06cr1021 BTM<br><br>**JUDGMENT ON § 2255 MOTION** |

　　　For the reasons set forth in the Court's Order Granting in Part and Denying in Part § 2255 Motion, Defendant's § 2255 motion is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** as to Defendant's claim that his attorney was ineffective for refusing to file a Notice of Appeal and is **DENIED** as the remainder of Defendant's claims. The Clerk shall **VACATE** and **REENTER** the criminal Judgment in this case so that Defendant may proceed with his appeal. A Certificate of Appealability is **DENIED** as to the § 2255 claims denied by the Court.

**IT IS SO ORDERED.**

DATED: July 12, 2010

　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz* (signature)
　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　United States District Judge